# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1376

_____

United States of America,      *
     *
        Appellee,      *
     *   Appeal from the United States
     v.      *   District Court for the
     *   Eastern District of Arkansas.
Frankie Allen Whaley, Jr.,      *
     *    [UNPUBLISHED]
        Appellant.      *

_____

Submitted: November 25, 2005
Filed: December 6, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Frankie Whaley appeals the 96-month sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of a firearm. See 18 U.S.C. § 922(g)(1). Citing United States v. Booker, 543 U.S. 220 (2005), Whaley argues that the district court effectively treated the Sentencing Guidelines as mandatory by imposing a sentence within the calculated Guidelines range, and that the court violated the Sixth Amendment by enhancing his sentence based on judge-found facts as to his prior convictions.

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

We have already rejected a similar Sixth Amendment challenge, see United States v. Torres-Alvarado, 416 F.3d 808 (8th Cir. 2005), and we conclude there was no Booker error because the district court calculated the Guidelines sentencing range properly, treated the Guidelines as advisory, and imposed a sentence that was not unreasonable, see United States v. Pirani, 406 F.3d 543, 551 (8th Cir.) (en banc), cert. denied, 126 S.Ct. 266 (2005). Accordingly, we affirm.

_____